## NOTICE OF TORT CLAIM PURSUANT TO I.C. 34-13-3

**Name and residence of person making claim at time of loss:**

Christopher Barger
4798 E 1000 S
Keystone, IN 46759


**Name and residence of person making claim at time of filing of this Notice:**

Christopher Barger
4798 E 1000 S
Keystone, IN 46759


**Short and plain statement of facts:**

Carlos Slater, who had been an inmate for an extensive period of time in the Wells County Jail, attacked and injured Barger. Slater approached Barger and, in an aggressive, confrontational manner. Slater was provoking and trying to get into a fight with Barger. Barger ignored him and tried to walk away. At that point in time, Slater walked by Barger and knocked him out of his chair. Barger stood up, faced Slater and turned and walked away. Slater attacked Barger from behind and pushed Barger face first so that he smashed his jaw and face against a table breaking his jaw and breaking his dentures and causing lacerations above his left eye, left cheek and bruises and pain and suffering. Barger never knew he was going to be attacked and did not resist or make any defensive moves. Barger got up in pain and sat down. Slater attempted to have Barger agree not to tell the jail personnel. Barger initiated an alert to the jail personnel. They came in and took control of the situation. Since that time Barger had been kept in solitary confinement until released at the request of the Wells County Prosecuting Attorney. Jail personnel made the decision to keep him away from Slater. Barger knew that Slater had been aggressive and confrontational with other inmates but he had never been directly confrontational with Barger. There is a video security tape recording but it apparently is unremarkable. Witnesses are Barger and, Slater. Other witnesses are unknown at this time. The Wells County Jail guards who were alerted to the problem may be witnesses as are all treating medical personnel. Barger was transported to Bluffton Regional Medical Center and was treated with diagnostic CAT scans, X-rays and sutures to close the wounds and medication. Those medical bills went to the Wells County Sheriff. Barger's jaw surgery was performed at Parkview on October 2, 2019. Barger was released from jail on October 3, 2019. To confirm the fact that the Wells County Sheriff and the administration of the Wells County Jail knew that Slater was a

EXHIBIT A

problem was that soon after this incident occurred he was transported out of the Wells County Jail and imprisoned in a state correctional facility. Further, felony charges are being investigated by the detectives of the Wells County Sheriff's Department to be filed against Slater.

**Circumstances which brought about the loss:**

Slater has had a long history of threatening other inmates and causing trouble in the jail and was supposed to be transported to prison but jail personnel made an intentional decision not to transport him out of the general population of the jail causing a known and dangerous situation. The jail has a duty under the Indiana Constitution and the United States Constitution, 8th Amendment, to keep Barger protected from cruel and unusual punishment.

**Extent of loss:**

Barger's injuries are a broken jaw, broken dentures, lacerations, pain and suffering, etc. He had been treated at Parkview Hospital Oral & Maxillofacial Surgery and has his jaw wired and reset. His medical bills total in excess of $100,000.00. He is under continuing care and continuing disability, pain and permanent injury.

**Time and place loss occurred:**

Friday, September 27, 2019 at approximately 4:30 p.m. at the Wells County Jail in the dayroom in Cellblock D.

**Names of all persons involved:**

Wells County Sheriff's Department and the management of the Wells County Jail

**Amount of damages sought:**

All unpaid medical expenses from this incident to be covered plus $1,500,000 for pain and suffering.

**Persons notified:**

Indiana Political Subdivision
Risk Management Commission
Attn: Kathy Mathis
311 W. Washington Street, Suite 300
Indianapolis, IN 46204

Sheriff Scott Holliday
Wells County Sheriff's Department
1615 W. Western Avenue
Bluffton, IN 46714

Wells County Jail Commander
1615 W. Western Avenue
Bluffton, IN 46714

Carlos Slater
DOC #252363
Correctional Industrial Facility
5124 Reformatory Road
Pendleton, IN 46064

Tamara L. Robbins, M.D.
Wells County Commissioner
2825 E 1100 S – 90
Montpelier, IN 47359

Blake Gerber
Wells County Commissioner
707 S SR 201
Bluffton, IN 46714

Kevin S. Woodward
Wells County Commissioner
909 Heatherwood Lane
Ossian, IN 46777

Curtis T. Hill, Jr.
Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204

_____
Christopher Barger

Date: Jan 14, 2020